IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 1 3 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | |
|---|---|
| BELAD LIKU DIANA ESSAME, on behalf of herself and others similarly situated, | * * * |
| Plaintiffs | * * |
| v. | * Civil Case No.: 10-3519 WC |
| SSC LAUREL OPERATING COMPANY LLC (d/b/a PATUXENT RIVER HEALTH AND REHABILITATION CENTER), | * * * * |
| Defendant | * |

\* \* \* \* \* \* \* \* \*

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

AND NOW, this  13th  day of  August , 2013, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement" ("Motion") and all accompanying papers, including the Class Action Settlement Agreement ("Agreement"), and the Memorandum of Law, it is hereby ORDERED that:

APPROVAL OF CLASS ACTION SETTLEMENT

1. The Motion is GRANTED, and the settlement of this class action is PRELIMINARILY APPROVED.

2. For the purposes of settlement only, the Court finds that Plaintiff has satisfied the class action requisites set forth in Federal Rule of Civil Procedure 23(a)-(b), and, therefore, certifies the following class:

All individuals employed as nurses by Defendant at the Patuxent River Health and Rehabilitation Center who were paid on an hourly basis since December 16, 2007.

The Class Members are identified in Exhibit A of the Agreement.

2

3. The Court appoints Plaintiff Belad Liku Diana Essame to serve as the class representative.

4. The Court appoints Joseph, Greenwald & Laake, P.A. and Winebrake & Santillo, LLC to serve as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

5. The Court appoints Strategic Claims Services to serve as the Claims Administrator ("Administrator") for this settlement.

6. The "Class Action Settlement Notice" ("Notice") attached to the Agreement as Exhibit B and the notice protocols described in Paragraph 7 of the Agreement are approved pursuant to Federal Rule of Civil Procedure 23(c)(2)(B) and the parties are directed to strictly follow the agreed-upon protocols.

7. Class Members who wish to object to the settlement must follow the procedures described in Section 10 of the Notice, and Class Members who wish to exclude themselves from the settlement must follow the procedures described in Section 8 of the Notice.

8. Pursuant to Federal Rule of Civil Procedure 23(e), a hearing addressing final approval of the settlement, which shall include an assessment of the Class Counsel's requested attorney's fees and expenses, shall be held at the United States District Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 in Courtroom 3B at 3:00 p.m. on October 16, 2013.

9. At least fourteen days prior to the final approval hearing, Class Counsel shall file all papers in support of final approval of the settlement and the requested attorney's fees/expenses.

10. All proceedings in this action are hereby stayed pending the hearing on final approval of the Agreement.

_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE